**UNITED STATES of America,**
**Appellee,**

v.

**Kent Eugene WALKER, Sr., Appellant.**

**No. 11–3795.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 20, 2012.

Filed: April 24, 2012.

Lisa C. Williams, U.S., U.S. Attorney's Office, Davenport, IA, for Appellee.

John P. Messina, Assistant, Federal Public Defender's Office, Des Moines, IA, for Appellant.

Kent Eugene Walker, Sr., Davenport, IA, pro se.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

In this direct criminal appeal, Kent Walker challenges the reasonableness of the sentence that the district court[1] imposed upon revoking his supervised release. Having carefully reviewed the record, *see United States v. Growden*, 663 F.3d 982, 984 (8th Cir.2011), we conclude that the revocation sentence of 8 months in prison, which was within the advisory Guidelines range and below the statutory maximum, followed by 6 months of supervised release, which was also authorized by statute, was not unreasonable, *see* 18 U.S.C. § 3583(e)(3), (h); 21 U.S.C. § 841(b)(1)(B); *United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir.2009). Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

---

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

